SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
JONATHAN A. McGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TAYLOR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROE PAINTING, INC., a foreign corporation,<br><br>Defendant. | CASE NO.:   3:23-cv-00172-LRH-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

Defendant ROE PAINTING, INC. ("Defendant"), by and through its undersigned counsel of record of SIMONS HALL JOHNSTON PC, and Plaintiff ASHLEY TAYLOR ("Taylor"), by and through her counsel of record JAMES P. KEMP, hereby stipulate and agree to extend the Defendant's responsive pleading deadline in the above-captioned matter by fourteen (14) days from August 10, 2023 to August 24, 2023.

///

///

///

///

///

Page 1

This request is made as defense counsel was recently retained and needs additional time to familiarize itself with the file prior to filing a responsive pleading in this case and therefore, this request is made in good faith, is not for the purpose of delay and will not result in any undue delay or prejudice. This is the first request for an extension of the responsive pleading deadline.

DATED August 7, 2023

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
KEMP & KEMP, Attorneys at Law
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130

*Attorney for Plaintiff*

/s/ Sandra Ketner
SANDRA KETNER, ESQ.
SIMONS HALL JOHNSTON PC
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, Nevada 89511

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED: August 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Page 2