SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
JONATHAN A. McGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TAYLOR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROE PAINTING, INC., a foreign corporation,<br><br>Defendant. | CASE NO.:   3:23-cv-00172-LRH-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Defendant ROE PAINTING, INC. ("Defendant"), by and through its undersigned counsel of record of SIMONS HALL JOHNSTON PC, and Plaintiff ASHLEY TAYLOR ("Taylor"), by and through her counsel of record JAMES P. KEMP, hereby stipulate and agree to extend the Defendant's responsive pleading deadline in the above-captioned matter by an additional period of seven (7) days from August 24, 2023 to August 31, 2023.

///

///

///

///

///

Counsel for the parties have been in regular communication with each other in an attempt to resolve the matter without further action. Counsel for the parties are confident that they will reach a resolution and seek dismissal of the matter within seven (7) days. This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice. This is the second request for an extension of the responsive pleading deadline.

DATED August 24, 2023                                              DATED August 24, 2023

 /s/ James P. Kemp                                                  /s/ Sandra Ketner
JAMES P. KEMP, ESQ.                                          SANDRA KETNER, ESQ.
KEMP & KEMP, Attorneys at Law                          SIMONS HALL JOHNSTON PC
Nevada Bar No. 6375                                              Nevada Bar No. 15280
7435 W. Azure Drive, Suite 110                              690 Sierra Rose Drive
Las Vegas, Nevada 89130                                       Reno, Nevada 89511

*Attorney for Plaintiff*                                                    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.


UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2023