**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY TAYLOR<br><br>          Plaintiff,<br><br>vs.<br><br>ROE PAINTING, INC.<br><br>          Defendant. | CASE NO.:   3:23-cv-00172-LRH-CSD<br><br>**ORDER GRANTING STIPULATION  FOR DISMISSAL WITH PREJUDICE** |

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of the above captioned action, including all claims asserted therein, with prejudice, with each party to bear each of their own costs and attorneys' fees, and that no party

///

///

///

///

///

///

Page 1 of 3

will be considered a prevailing party in relation to this matter.

DATED August 31, 2023                                          DATED August 31, 2023

/s/ James P. Kemp                                               /s/ Sandra Ketner
JAMES P. KEMP, ESQ.                                   SANDRA KETNER, ESQ.
KEMP & KEMP, Attorneys at Law              SIMONS HALL JOHNSTON PC
Nevada Bar No. 6375                                       Nevada Bar No. 8527
7435 W. Azure Drive, Suite 110                    690 Sierra Rose Drive
Las Vegas, Nevada 89130                             Reno, Nevada 89511

*Attorney for Plaintiff*                                          *Attorneys for Defendant*

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the above captioned action, including all claims asserted therein is hereby dismissed with prejudice.

IT IS ORDERED that each party will bear their own costs and attorneys' fees and that no party will be considered a prevailing party in relation to this matter.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close this case.

IT IS SO ORDERED.

DATED this 1st day of September, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE