AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ASHLEY TAYLOR,

        Plaintiff,

v.

ROE PAINTING, INC.

        Defendant.

JUDGMENT

Case Number:  3:23-cv-00172-LRH-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above captioned action, including all claims asserted therein is hereby dismissed with prejudice.
**IT IS FURTHER ORDERED** that each party will bear their own costs and attorneys' fees and that no party will be considered a prevailing party in relation to this matter.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:  September 1, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk